UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSALIA, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>CITY OF HAYWARD, et al.,<br><br>       Defendants. | Case No. 21-cv-00380-VC<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO REMOVE AND REPLACE GUARDIAN AT LITEM**<br><br>Re: Dkt. No. 28 |

      The motion to remove and replace A.R.'s guardian ad litem is denied without prejudice. Federal courts may issue appropriate orders "to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c). The Court has a "duty to ensure that the guardian ad litem will represent the best interests" of a minor. *Brown v. Alexander*, 2015 WL 7350183, at *2 (N.D. Cal. Nov. 20, 2015). With that obligation in mind, the petition to appoint Wendy Smith does not sufficiently detail why she is suited to represent A.R.'s interests in this litigation. It provides only her name, and contains no information suggesting that she is equipped to protect A.R. The petitioner may submit a renewed motion within 14 days of this order, containing, at a minimum, "a brief explanation of why" she "would be suitable" to be appointed guardian ad litem. *Bhatia v. Corrigan*, 2007 WL 1455908, at *1 (N.D. Cal. May 16, 2007).

      **IT IS SO ORDERED.**

Dated: February 11, 2022

                                                             VINCE CHHABRIA
                                                             United States District Judge